NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JANSSEN PHARMACEUTICALS, INC., JANSSEN PHARMACEUTICA NV,**
*Plaintiffs-Cross-Appellants*

**v.**

**TOLMAR, INC.,**
*Defendant-Appellant*

---

2024-1699, 2024-1700, 2024-1980, 2024-2020

---

Appeals from the United States District Court for the District of Delaware in No. 1:21-cv-01784-WCB-SRF, Circuit Judge William C. Bryson.

---

**ON MOTION**

---

Before LOURIE, TARANTO, and CHEN, *Circuit Judges*.

PER CURIAM.

**O R D E R**

Having "agreed to resolve all claims between them" in this matter, ECF No. 34 at 7, the parties jointly move to remand these appeals in light of the district court's April 3, 2026 indicative ruling that it would vacate its March 13,

2024 final judgment and enter a consent judgment if this court remanded.

This court takes no position on the propriety or necessity of any vacatur, leaving it to the district court to consider the principles enunciated in *United States Bancorp Mortgage Co. v. Bonner Mall Partnership*, 513 U.S. 18, 29 (1994).

Accordingly,

IT IS ORDERED THAT:

(1)  The motion is granted to the extent that the appeals are remanded.

(2)  Each side shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

May 5, 2026
    Date

ISSUED AS A MANDATE:  May 5, 2026